

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nautilus Insurance Company | **Civil Action No.** ___23cv2072-JLS-SBC___ |
| **Plaintiff,** | |
| **V.** | |
| Acacia Mobile Home Park LLC; Does 1 through 10 inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS both Plaintiff and Defendant's Requests for Judicial Notice, DENIES Defendant's Motion for Stay (ECF No. 15) and GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 11). The Clerk of Court is ordered to enter judgment in favor of Plaintiff. The case is hereby closed.

IT IS SO ORDERED.

**Date:** ___11/7/24___

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy